```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 46293
   SHARON B TRAVIS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6472


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 12/16/2004 and was confirmed 02/02/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  40.00%.

      The case was dismissed after confirmation 01/03/2007.
--------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8522.89 | .00 | 1409.70 |
| BAY VIEW BANK | SECURED | .00 | .00 | .00 |
| CHARTER ONE AUTO FIN | SECURED | 8200.00 | 278.62 | 8200.00 |
| CHARTER ONE AUTO FIN | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 11696.16 | .00 | 1934.55 |
| ECAST SETTLEMENT CORP | UNSECURED | 20706.86 | .00 | 3424.90 |
| CARD SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 226.59 | .00 | 35.93 |
| ECAST SETTLEMENT CORP | UNSECURED | 17356.41 | .00 | 2870.75 |
| ECAST SETTLEMENT CORP | UNSECURED | 615.43 | .00 | 101.80 |
| ECMC | UNSECURED | 19457.10 | .00 | 3218.20 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | 2,300.00 | | 2,300.00 |
| TOM VAUGHN | TRUSTEE | | | 1,232.93 |
| DEBTOR REFUND | REFUND | | | 1.60 |

```
      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             25,008.98

PRIORITY                                       .00
SECURED                                   8,200.00
    INTEREST                                278.62
UNSECURED                                12,995.83
ADMINISTRATIVE                            2,300.00
TRUSTEE COMPENSATION                      1,232.93
DEBTOR REFUND                                 1.60
                    --------------      --------------
TOTALS              25,008.98             25,008.98
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 46293 SHARON B TRAVIS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/04/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 04 B 46293 SHARON B TRAVIS